# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0155
Lower Tribunal No. CF19-003796-XX

_____

TOMAS RODRIGUEZ OLIVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


Blair Allen, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED